# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-1158
Lower Tribunal No. 2023-CC-017932-O

———————————————

JEFFREY GRAHAM,

Appellant,

v.

JERRY DAVIS,

Appellee.

———————————————

Appeal from the County Court for Orange County.
Jeramy C. Beasley, Judge.

July 17, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

NARDELLA, SMITH and BROWNLEE, JJ., concur.

Jeffrey Graham, Winter Garden, pro se.

J. Timothy Schulte and Austin A. Esposito, of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED